12-14-00232-CR

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAY 14 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

May 10, 2015
Twelfth Court of Appeals
1517 West Front Street
Suite 354
Tyler, Texas 75702

RE: Case Number: 12-14-00232-CR
    Trial Court Case Number: 13CR-184

Dear Clerk,

I would like To Know If The Court Have made a Decision In The above Style. If so, please Send me A Copy of The Courts opinion. Thank you.

Sincerely,
Freddie J. Foreman

